## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | 3:13-cv-3382 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FLORIDA INFUSION SERVICES, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

### FED.R.CIV.P. 41(a)(1)
### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dr. Mark W. Sturdy d/b/a Rochester Veterinary Clinic ("Plaintiff"), hereby dismisses his individual claims against Defendant, Florida Infusion Services, Inc., without prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Michelle R. Teggelaar
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

    I, Dulijaza Clark, certify that on July 14, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

        Florida Infusion Services, Inc.
        C/o Registered Agent Rodolfo Ciccarello
        4190 Corporate Ct.
        Palm Harbor, FL 34683

                        /s/ Dulijaza Clark
                        Dulijaza (Julie) Clark


Daniel A. Edelman
Michelle R. Teggelaar
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)